JEANETTE H. JACOBS, Appellant, *v.* PATRICK J. BARRON, Respondent, Impleaded with NORMAN I. DORFMAN, Defendant.

First Department, February 26, 1926.

(See headnote in *Jacobs* v. *Barron, ante,* p. 560.)

APPEAL by the plaintiff, Jeanette H. Jacobs, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 9th day of June, 1925, dismissing the amended complaint as to the defendant Barron, with leave to serve a further amended complaint upon payment of costs.

*Charles J. Herson,* for the appellant.

*Norwood & Walsh* [*John C. MacCarthy* of counsel], for the respondent.

PER CURIAM. For the reasons stated in the opinion in *Jacobs* v. *Barron* (215 App. Div. 560), handed down herewith, the order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, with leave to defendant to answer upon payment of said costs.

Present — CLARKE, P. J., DOWLING, FINCH, McAVOY and MARTIN, JJ.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs.